UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>RAFAEL O. ROSARIO-ROSADO<br>Defendant | CRIMINAL NO. 97CR005-12(CC) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case has been satisfied in full by defendant Rafael O. Rosario-Rosado.

I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

In San Juan, Puerto Rico, this 30th day of July, 2007.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/  REBECCA VARGAS VERA
Assistant U.S. Attorney
Financial Litigation Unit
USDC ID NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico  00918
Tel. 766-5656